IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID TERRANCE STEPHENS,

      Plaintiff,                    (Hold 12/15)

v.                                   Case No. 4:16cv664-MW/CAS

JULIE JONES, et al.,

      Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** pursuant to U.S.C. § 1915(g) as Plaintiff has more than "three strikes" under § 1915(g), and the instant complaint does not demonstrate that Plaintiff is in imminent danger of serious physical injury. The motion for in forma pauperis status,

1

ECF No. 2, is **DENIED**. The Clerk shall note on the docket that this case is dismissed pursuant to 28 U.S.C. § 1915(g). The pending motions, ECF Nos. 14, 15, 17 and 18 are **DENIED**." The Clerk shall close the file.

    **SO ORDERED on December 16, 2016.**

                                       <u>s/Mark E. Walker</u>            \_\_\_\_
                                       **United States District Judge**